**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

BRITTANY BURKS, ANTONIO BOWERS,                                              PLAINTIFFS
and ANTONIO WELCH

v.                                       No. 5:11CV00148 JLH

ACCEPTANCE CASUALTY INSURANCE CO.                                            DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, this action is remanded to the Circuit Court of Jefferson County, Arkansas.

IT IS SO ORDERED this 9th day of August, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE